IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 12 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00623-BNB

MELVIN LYNNE BOMPREZZI,

    Plaintiff,

v.

SHERIFF DAVID WEAVER, Douglas County,
JUDGE THOMAS CURRY, Douglas County District Court,
JASON SIERS, Douglas County, Assistant District Attorney,
STEVE SCHOENMAKERS,
CMHIP, and
COLORADO COURT OF APPEALS,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

Originally Plaintiff Melvin Lynne Bomprezzi initiated this action by filing a *pro se* Prisoner Complaint on March 27, 2006. On May 9, 2006, Plaintiff filed two additional Prisoner Complaint forms. Although the forms filed on May 9 are not identified as amended complaints, they both appear to be an attempt by Plaintiff to amend the original Complaint filed on March 27, 2006, especially since Plaintiff indicated in a filing on April 21, 2006, that he desired to amend the Complaint.

Even though Plaintiff lists the same named Defendants in the caption in each of the Amended Complaints, one of the Complaints is at least 150 pages long, while the other is only about seventy pages long. The Court is not able to determine which of the two Amended Complaints Mr. Bomprezzi intends for the Court to consider. Therefore,

Plaintiff will be directed to file a Second Amended Complaint that has only one original and identical copies as are needed for the purpose of service. Accordingly, it is

ORDERED that Plaintiff shall file a Second Amended Complaint as instructed above. It is

FURTHER ORDERED that the Second Amended Complaint shall be titled, "Second Amended Prisoner Complaint," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that Plaintiff submit sufficient copies of the Second Amended Complaint to serve each named Defendant. It is

FURTHER ORDERED that if Plaintiff fails to file, **within thirty (30) days from the date of this Order**, a Second Amended Complaint that complies, to the Court's satisfaction, with this Order the Court will proceed to review the merits of the original Prisoner Complaint that Plaintiff submitted to the Court on March 27, 2006.

DATED May 12, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00623-BNB

Melvin Lynne Bomprezzi
Prisoner No. 05A2698
Douglas County Jail
4000 Justice Way #2630
Castle Rock, CO 80109

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  5-12-06

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                   Deputy Clerk