Bomprezzi v. Weaver et al
Case 1:06-cv-00623-WDM-MJW   Document 44   Filed 04/16/2007   Page 1 of 3
Doc. 44

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00623-BNB

MELVIN LYNNE BOMPREZZI,

    Plaintiff,

v.

SHERIFF DAVID WEAVER, Douglas County,
JUDGE THOMAS CURRY, Douglas County District Court,
JASON SIERS, Douglas County, Assistant District Attorney,
STEVE SCHOENMAKERS, CMHIP, and
COLORADO COURT OF APPEALS,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
COLORADO

APR 13 2007

GREGORY C. LANGHAM
CLERK

## ORDER REINSTATING CASE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit, filed in this action on March 9, 2007, Claims Four and Five are reinstated in keeping with ***Jones v. Bock***, 127 S. Ct. 910 (Jan. 22, 2007). The action will be referred to Magistrate Judge Boyd N. Boland for further initial review of Claims Four and Five. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit, filed in this action on March 9, 2007. It is

FURTHER ORDERED that the Complaint and action are referred to Magistrate Judge Boyd N. Boland for further initial review. It is

FURTHER ORDERED that process shall not issue until further order of the Court.

DATED at Denver, Colorado, this 13 day of April, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00623-BNB

Melvin Lynne Bomprezzi
Prisoner No. 05A2698
Douglas County Jail
4000 Justice Way #2630
Castle Rock, CO 80109

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/13/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk