IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00623-BNB

MELVIN LYNNE BOMPREZZI,

     Plaintiff,

v.

SHERIFF DAVID WEAVER, Douglas County,
JUDGE THOMAS CURRY, Douglas County District Court,
JASON SIERS, Douglas County, Assistant District Attorney,
STEVE SCHOENMAKERS, CMHIP, and
COLORADO COURT OF APPEALS,

     Defendants.



FILED
UNITED STATES DISTRICT COURT
· · · COLORADO

APR 1 3 2007

GRE____  O. LANGHAM
CLERK

---

## ORDER REINSTATING CASE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth
Circuit, filed in this action on March 9, 2007, Claims Four and Five are reinstated in
keeping with **Jones v. Bock**, 127 S. Ct. 910 (Jan. 22, 2007).  The action will be
referred to Magistrate Judge Boyd N. Boland for further initial review of Claims Four and
Five.  Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the
United States Court of Appeals for the Tenth Circuit, filed in this action on March 9,
2007.  It is

FURTHER ORDERED that the Complaint and action are referred to Magistrate
Judge Boyd N. Boland for further initial review.  It is

FURTHER ORDERED that process shall not issue until further order of the Court.

DATED at Denver, Colorado, this *13* day of _____ *April* _____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00623-BNB

Melvin Lynne Bomprezzi
Prisoner No. 05A2698
Douglas County Jail
4000 Justice Way #2630
Castle Rock, CO 80109

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/13/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk